ILG Legal Office
Stephen Noel Ilg (SBN 275599)
silg@ilglegal.com
Frank Zeccola 308875
fzeccola@ilglegal.com
555 California Street, Suite 4925
San Francisco, CA 94104

Attorneys for Plaintiff Gary Marsh

Douglas J. Melton, Bar No. 161353
April P. Santos, Bar No. 266367
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392
dmelton@longlevit.com
asantos@longlevit.com

Attorneys for Defendant
FEDERAL HOME LOAN BANK OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Marsh, on behalf of himself,<br><br>                   Plaintiff<br>       vs.<br><br>Federal Home Loan Bank of San Francisco, a California Corporation, and DOES 1 through 100, inclusive,<br><br>                   Defendants. | Case No. 4:16-cv-05084-KAW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SUBMITTING ENTIRE ACTION TO ARBITRATION AND STAYING PROCEEDING** |

Plaintiff GARY MARSH ("Plaintiff") and FEDERAL HOME LOAN BANK OF SAN FRANCISCO ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on July 19, 2016, Plaintiff filed a Complaint against Defendant in the Superior Court of California, County of San Francisco;

WHEREAS, Defendant removed the case to the United States District Court, Northern District of California;

WHEREAS, during his employment with Defendant, Plaintiff entered into an agreement to arbitrate any and all claims arising out of Plaintiff's employment with Defendant, pursuant to the Federal Arbitration Act (9 U.S.C. §§ 1-16), which Defendant contends is valid and binding with respect to Plaintiff's claims in this action (the "Arbitration Agreement");

WHEREAS, Plaintiff and Defendant agree that Plaintiff's claims should be submitted to binding arbitration, pursuant to the terms of the Arbitration Agreement;

WHEREAS, the parties agree that Plaintiff's Complaint against Defendant filed on July 19, 2016 is deemed as the served Request for Arbitration;

WHEREAS, the parties agree to stay all proceedings in this case until arbitration has been completed; provided however, that this stipulation shall not be construed as a waiver of Defendant's right to seek dismissal of this case upon completion of the binding arbitration.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** between the Parties, by and through their respective attorneys of record, subject to an order of the Court, that:

(1) All of Plaintiff's claims in this case shall be submitted to final and binding arbitration in accordance with the Arbitration Agreement;

(2) The Parties agree to meet and confer regarding the selection of a mutually agreeable arbitrator;

(3) This action shall be stayed pursuant to 9 U.S.C. § 3 pending the completion of binding arbitration;

(4) The Court shall retain jurisdiction to enter orders regarding the arbitrator's award as provided in 9 U.S.C. §§ 9-13; and

(5) Any and all pending deadlines before or with this Court should be taken off calendar.

**IT IS SO STIPULATED.**

DATED: September 23, 2016

/s/ Stephen Noel Ilg

_____
Stephen Noel Ilg
Ilg Legal Office
Attorneys for Plaintiffs

Dated: September 23, 2016

/s/ Douglas J. Melton

_____
Douglas J. Melton
Long & Levit, LLP
Attorneys for Defendant
Federal Home Loan Bank of San Francisco

Pursuant to Local Rule 5-1(i)(3), I, STEPHEN NOEL ILG, attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

DATED: September 23, 2016

/s/ Stephen Noel Ilg

_____
Stephen Noel Ilg
Ilg Legal Office
Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**
PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/27/16

MAGISTRATE KANDIS A. WESTMORE