**ILG Legal Office, P.C.**
Stephen Noel Ilg (SBN 275599)
Tracy T. Scanlan (SBN 253930)
Frank J. Zeccola (SBN 308875)
505 14th Street, Ninth Floor
Oakland, CA 94612
Tel:     (415) 580-2574
Fax:    (415) 735-3454
Email: silg@ilglegal.com
Email: tscanlan@ilglegal.com
Email: fzeccola@ilglegal.com

Attorneys for Plaintiff Gary Marsh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Marsh, on behalf of himself, | Case No. 4:16-cv-05084-KAW |
| Plaintiff<br>vs. | **JOINT STIPULATION FOR AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| Federal Home Loan Bank of San Francisco, a California Corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

-1-

*Marsh v. Federal Home Loan Bank*
Joint Stipulation and [Proposed] Order Dismissing Entire Action with Prejudice

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Gary Marsh ("Plaintiff") and Defendant Federal Home Loan Bank of San Francisco ("Defendant") stipulate through their counsel of record that the Court may enter the accompanying Order, dismissing with prejudice this entire action and all claims asserted in the above-captioned action against Defendant, each party to bear his or its own costs and attorneys' fees. All parties who have appeared in this action stipulate to this dismissal by the signature of their respective counsel.

**IT IS SO STIPULATED.**

DATED: October 10, 2017

*/s/ Frank Zeccola*

_____

Frank Zeccola
Stephen Noel Ilg
Ilg Legal Office, P.C.
Attorneys for Plaintiffs

DATED: October 12, 2017

*/s/ Douglas J. Melton*

_____

Douglas J. Melton
Long & Levit, LLP
Attorneys for Defendant
Federal Home Loan Bank of San Francisco

1       IT IS HEREBY ORDERED that this action is hereby dismissed, with prejudice. It is

2 further ordered that each party is to bear his or its own costs and attorneys' fees.

3       IT IS SO ORDERED.

4 Dated:   10/13/17

5

6         MAGISTRATE KANDIS A. WESTMORE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

*Marsh v. Federal Home Loan Bank*
Joint Stipulation and [Proposed] Order Dismissing Entire Action with Prejudice